**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SEQUOIA PROPERTY AND EQUIPMENT LIMITED PARTNERSHIP, | CASE NO. CV-F-97-5044-LJO |
| Plaintiff, | **ORDER ON GOVERNMENT'S MOTION FOR ORDER OF JUDICIAL SALE** (Doc. 405.) |
| vs. | |
| UNITED STATES OF AMERICA, | |
| Defendant.                                        / | |
| AND CONSOLIDATED ACTIONS                          / | |

In this consolidated action, the United States ("Government") obtained an October 21, 2002 judgment to reduce tax assessments against taxpayers Gilbert Mark Crisp, Rhonda J. Crisp, and Wanda Jean Crisp and to enforce federal tax liens on two Visalia, California properties. The judgment provides that the properties shall be sold pursuant to 28 U.S.C. § 2001 and that the Government shall prepare and lodge a proposed order of judicial sale. On July 28, 2011, the Government filed its motion for this Court's entry of the Government's proposed Order of Judicial Sale. Gilbert Mark Crisp and Rhonda Crisp filed papers to raise meritless points to oppose the proposed Order of Judicial Sale given that the judgment entitles the Government to proceed with judicial sale. As such, this Court:

1.      GRANTS the Government's request to enter its proposed Order of Judicial Sale;

2.      APPROVES publication of the Government's proposed Notice of Judicial Sale;

1    3.    VACATES the September 13, 2011 hearing on the Government's motion; and

2    4.    DIRECTS the Government to email as an attachment to ljoorders@caed.uscourts.gov its

3         proposed Order of Judicial Sale.

4    IT IS SO ORDERED.

5    **Dated:    August 25, 2011**                              **/s/ Lawrence J. O'Neill**
                                                        UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28