

FILED
JUL 09 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEQUOIA PROPERTY AND EQUIPMENT LIMITED PARTNERSHIP,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Civil No. 1:97-CV-5044 LJO<br><br>**AMENDED ORDER GRANTING THE UNITED STATES' MOTION FOR CONFIRMATION OF SALE AND DISTRIBUTION OF PROCEEDS**<br>(Doc. 416.) |

The United States seeks to confirm the sale of property to pay a federal tax judgment. This Court considered the United States' motion to confirm judicial sale on the record.

The subject property is located in the town of Visalia, in Tulare County, California, and is more particularly described as follows:

> Lot 45 of Tract No. 59, in the City of Visalia, County of Tulare, State of California, as per Map Recorded in Book 19, Page 204 of Maps in the Office of the County Recorder of said County.

APN 085-018-0-03

(hereinafter referred to as "5036 West Oak"), and

> Lot 10 of Sunset West Subdivision, in the City of Visalia County of Tulare, State of California, according to the map thereof recorded in Book 26, Page 3 of Maps, Tulare County Records.

APN 119-173-10

(hereinafter referred to as "3850 West Cherry").

Although defendants G. Mark Crisp and Rhonda J. Crisp appealed the order of sale, they did not protect their property by obtaining a stay pending appeal, and the

property was sold during the appeal. This does not give the Crisps a claim for relief. See, *Holloway v. United States*, 789 F.2d 1372, 1373-1374 (9th Cir. 1986). Their objection to confirmation of sale (Doc. No. 417) is denied.

The Court finds that the sale of 3850 West Cherry and 5036 West Oak was conducted by the United States in compliance with 28 U.S.C. §§ 2001-2002, and that payment was made and accepted in compliance with the terms of the Court's Order of Judicial Sale dated August 26, 2011 (Doc. No. 409). Accordingly, the motion is **GRANTED**, and,

**IT IS ORDERED THAT** the sales on December 8, 2011, of 3850 West Cherry and 5036 West Oak were properly conducted. The sales are hereby confirmed.

**IT IS FURTHER ORDERED THAT** the Internal Revenue Service is authorized to execute and deliver to the purchasers a Certificate of Sale and Deed conveying the each property to them or to their assignee.

**IT IS FURTHER ORDERED THAT**, on delivery of the Certificate of Sale and Deed, all interests in, liens against, or claims to 3850 West Cherry and 5036 West Oak that are held or asserted in this action by the plaintiff or any of the defendants, or any successor-in-interest to any defendant, are discharged. On delivery of the Certificate of Sale and Deed, 3850 West Cherry and 5036 West Oak shall be free and clear of the interests of the following defendants: Gilbert Mark Crisp, Rhonda J. Crisp, Wanda Jean Crisp, Seqoia Property and Equipment Limited Partnership, Hyper-Jean Property and Equipment Limited Partnership, Washington Mutual Bank, Great Western Bank, Leader Federal Bank for Savings, Union Planters Bank, and Mid Valley Lenders, Inc. The purchasers take the respective property free and clear of any claim by a successor-in-interest to any of the listed defendants.

**IT IS FURTHER ORDERED THAT** possession of the property sold shall be yielded to the purchasers upon the production of a copy of the Certificate of Sale and Deed; and if there is a refusal to so yield, a Writ of Assistance may, without further

notice, be issued by the Clerk of this Court to compel delivery of the property to the purchasers.

**IT IS FURTHER ORDERED THAT** that the Clerk shall disburse the proceeds of the sale from the Court's registry in the following manner:

First, to the United States (payable to the Internal Revenue Service, and sent to Internal Revenue Service, Attn: Douglas McDonald, PALS, 751 Daily Drive, Suite 100, Camarillo, CA 93010) for expenses of sale in the amount of $1,049.65.

Second, to Tulare County (payable to Tulare County Tax Collector and sent to Tulare County Tax Collector, 221 S. Mooney Blvd., Visalia, CA 93291) for unpaid property taxes, in the amount of $1,246.05 (3850 West Cherry) and $1,127.11 (5036 West Oak).

Third, to JPMorgan Chase Bank, N.A. (payable to "Chase" and sent to: Chase, Attention Department G-8 DPP, 3415 Vision Drive, Columbus, OH 43219-6009, and including the account number 1023385858 and the property address: 5036 West Oak Ave., Visalia, CA 93291) in the amount of $5,936.94;

Fourth, to the United States (payable to the United States Treasury, and sent to U.S. Department of Justice, Tax Division, P.O. Box 310, Ben Franklin Station, Washington D.C. 20044) ) **in the amount of all remaining proceeds and accrued interest.**

**IT IS SO ORDERED.**

Dated: July 9, 2012

LAWRENCE J. O'NEILL
U.S. District Court Judge