FILED

JUN 04 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEQUOIA EQUIPMENT AND LIMITED, PARTNERSHIP,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant.<br><br>And consolidated cases | Civil No. 1:97-CV-5044 LJO<br><br>**ORDER** |

The United States of America requests an order directing the distribution of $1,127.11 in sale proceeds held by the Court to be paid to Mark Beck, a purchaser of property at the judicial sale held to enforce the federal tax judgment in this case. The money will compensate Mr. Beck for real property tax incurred prior to the judicial sale. For good cause shown,

**IT IS ORDERED THAT** the Clerk shall retrieve $1,127.11 from unclaimed funds and shall disburse that amount from the Court's registry by mailing a check made payable to "Mark Beck" to 3850 West Cherry Avenue, Visalia, California, 93277.

**IT IS SO ORDERED.**

Date: June 3, 2015

_____
Lawrence J. O'Neill
United States District Judge

12707615.1